IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUN -1 AM 6:37

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    Cr. No. 04-20424-MI

DERRICK THOMAS

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION
## TO CONTINUE SENTENCING HEARING

For good cause, the Court hereby **GRANTS** defendant's motion to continue and reset the sentencing hearing in this matter currently set for Wednesday, June 1, 2005. The sentencing hearing is hereby **RESET** for: _Wednesday, June 22, 2005 at 8:45 am._

It is so **ORDERED**, this the _31_ day of _May_, 2005.

**JON PHIPPS McCALLA**
**United States District Court Judge**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _6-1-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:04-CR-20424 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT